# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD FIDONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:11CV318 |
| v. ) | |
| ) | ORDER |
| OUTLOOK NEBRASKA, INC., ) | |
| ) | |
| Defendant. ) | |

Upon notice of settlement given to the magistrate judge on May 14, 2012, by Scott C. LaBarre, counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before May 29, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The Rule 26(f) reporting deadline and all pending motions are terminated upon the representation that this case is settled.

DATED this 15th day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge